# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER PRESSLEY, : | |
| : | |
| Petitioner, : | |
| : | CRIMINAL ACTION NO. |
| : | 1:10-CR-0261-RWS |
| v. : | |
| : | CIVIL ACTION NO. |
| UNITED STATES OF AMERICA, : | 1:11-CV-2949-RWS |
| : | |
| : | |
| Respondent. : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [35] of Magistrate Judge Justin S. Anand. After reviewing the Report and Recommendation and Petitioner's Objections [37] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. In his Objections, Petitioner makes no new arguments that were not fully addressed in the Report and Recommendation. Accordingly, the Motion to Vacate Sentence [22] is hereby **DENIED**, and Petitioner is **DENIED** a certificate of appealability.

AO 72A
(Rev.8/82)

**SO ORDERED** this __12th__ day of August, 2013.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE